```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF MARYLAND
IN RE:                              *

MICHAEL C. O'BRIEN                  *    CASE No. 11-26024
                                         (Chapter 13)
            Debtor                  *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, MICHAEL C. O'BRIEN, by and through Charles J. Broida, his attorney of record and pursuant to §1323 of the Bankruptcy Code, moves to modify his previously filed Chapter 13 Plan in this matter and in support thereof, states as follows:

1. That the Debtor filed his Chapter 13 Petition in this matter on August 4, 2011, and his Plan was Confirmed by the Court on April 4, 2012.

2. That the Debtor became unemployed during the time June 6, 2013 through October 13, 2013, and as a result fell $3856.60 behind in his plan payments.

3. That the Debtor is now employed, and can resume monthly payments, but he is unable to pay the arrears in a lump sum.

4. That to date, Debtor has made Plan payments totaling $23,593.40, and his Plan Base is $65,050.00.

5. That the balance due in the Debtor's Plan Base is $41,456.60, and can be funded by increasing the plan payment to $1295.52 per month for the remaining 32 month Plan term.

WHEREFORE, the Debtor prays that the Confirmed Chapter 13 Plan pending be modified by:

A. Increasing the monthly payment from $1175.00 to $1295.52,

and,

    B. For such other and further relief that Debtor's cause may require.

                                    Respectfully submitted,

                                    /s/ Charles J. Broida
                                    Charles J. Broida, Bar No. 02159
                                    Attorney for Debtor
                                    5401 Twin Knolls Road, Suite 7
                                    Columbia, Maryland  21045
                                    (410) 992-9700
                                    Email: cbroida@prodigy.net

                        POINTS AND AUTHORITIES

Bankruptcy Code § 1323

                                  /s/ Charles J. Broida
                                  Charles J. Broida

                          CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of December, 2013, a copy of the foregoing Motion to Modify Chapter 13 Plan was either served electronically via CM/ECF or mailed, first class mail, postage prepaid to the Ms. Ellen W. Cosby, Office of Ellen W. Cosby, 300 East Joppa Road, Suite 409, Towson, Maryland, 21286, the Chapter 13 Trustee and to all the Creditors on the attached Matrix.

                                  /s/ Charles J. Broida
                                  Charles J. Broida